IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES E. THOMPSON,

    Plaintiff,

      v.

STATE OF GEORGIA,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-1269-TWT

**ORDER**

This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g).   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 29 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Thompson\14cv1269\r&r.wpd